# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2019

158358

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

GEORGE EDWARD MULLINS, JR.,
　　　　Defendant-Appellant.

SC: 158358
COA: 341506
Wayne CC: 90-010785-FC

_____/

　　　　By order of May 22, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the May 7, 2018 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the June 14, 2017 opinion of the Wayne Circuit Court denying the defendant's motion for relief from judgment, and we REMAND this case to the Wayne Circuit Court for reconsideration of the defendant's motion under MCR 6.504(B). The record does not support the trial court's conclusion that five witnesses presented testimony identifying the defendant as the shooter. On remand, the trial court shall determine whether the new evidence is credible and whether the impact of the new evidence, in conjunction with the evidence that would be presented on retrial, would make a different result probable on retrial. *People v Johnson*, 502 Mich 541, 566-567 (2018).



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2019



b1113

Clerk